■  PERGAMON PRESS, INC., et al., Appellants, v WOLF TIETZE, Respondent.—In an action, *inter alia,* to restrain the defendant from competing with plaintiffs, plaintiffs appeal from an order of the Supreme Court, Westchester County, dated December 2, 1976, which granted defendant's motion to vacate a default judgment of the same court, dated April 7, 1976. Order affirmed, without costs or disbursements. Under the circumstances presented, granting the motion to vacate the default judgment was a proper exercise of Special Term's discretion and should not be disturbed. Hopkins, J. P., Shapiro, Suozzi and Mollen, JJ., concur.